Kathryn DUVALL, Plaintiff—
Appellant,

v.

HONEYWELL TECHNOLOGY SOLU-
TIONS, INCORPORATED, a Dela-
ware Corporation; Honeywell Inter-
national, Incorporated, a Delaware
Corporation, Defendants—Appellees.

No. 08–1304.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 19, 2008.

Decided: June 23, 2008.

Kathryn Duvall, Appellant Pro Se.
Margaret League Boylston, Peters, Mur-
daugh, Parker, Eltzroth & Detrick, PA,
Hampton, South Carolina, Benjamin Phil-
lip Glass, Ogletree, Deakins, Nash, Smoak
& Stewart, PC, Charleston, South Car-
olina, for Appellees.

Before WILKINSON, NIEMEYER,
and MICHAEL, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Kathryn Duvall appeals the district
court's order granting Defendant's sum-
mary judgment motion on her defamation
claim. We have reviewed the record and
find no reversible error. Accordingly, we
affirm the district court's order.* *See Du-
vall v. Honeywell Tech. Solutions, Inc.,*
No. 2:06–cv–03544–CWH, 2008 WL 350999
(D.S.C. filed Feb. 6, 2008; entered Feb. 8,
2008). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*

---

* Although Duvall summarily requests an order
redacting all of her personal information and
work history from the court's records, as well
as an order sealing the court's records, be-
cause she has not established she is entitled to
this relief, we deny Duvall's requests.